# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**GENERAL POWER PRODUCTS,**

    **Plaintiff**

    v.         C-1-09-118

**BRADLEY S. NOLAN,** *et al.*,

    **Defendants**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 38) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

**The Report and Recommendation of the United States Magistrate Judge (doc. no. 38) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Plaintiff's Motion for Summary Judgment (doc. no. 29) on its UCC claim is GRANTED. Plaintiff's Motion for Summary Judgment (doc. no. 29) is DENIED in all other respects. This case will proceed to trial as previously established by the Court.**

**IT IS SO ORDERED.**

               **s/Herman J. Weber**
               **Herman J. Weber, Senior Judge**
               **United States District Court**